JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11·8·12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJIV KANTILAL SHAH,<br><br>　　　　Petitioner,<br><br>vs.<br><br>GEORGE CHRISTIANSON,<br>Medical Director,<br><br>　　　　Respondent. | Case No. CV 12-6547-JSL (RNB)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 11/7/12

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Spencer Letts
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE